UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES W. DABNEY,

                Petitioner,

-against-

HUGHES HUBBARD & REED LLP,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2023

1:23-mc-78-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      Petitioner filed this matter entirely under seal pursuant to authorization dated March 22, 2023, granted by Hon. Paul Crotty, who was then presiding in Part I. On March 27, 2023, the Court entered an Order, directing the parties to file a joint letter detailing why this matter should be maintained under seal in light of the presumption of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006). The parties submitted a joint letter on April 5, 2023, and the Court held a status conference with both sides to discuss the sealing of this case on April 11, 2023.

      As discussed at that conference, the seal in this matter is LIFTED. The parties are HEREBY ORDERED to confer and to publicly file all documents in this matter, other than those containing confidential client information, on or before April 18, 2023. In addition, the parties are free to redact other information not requiring court approval, as explained in this Court's Individual Rule of Practice in Civil Cases 9.A, and Electronic Case Filing Rule 21 of this Court. *See also* Fed. R. Civ. P. 5.2(a).

      The Clerk of Court is respectfully requested to lift the seal in this case.

1

**SO ORDERED.**

Date:  **April 11, 2023**
       New York, NY

**MARY KAY VYSKOCIL**
United States District Judge