UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES W. DABNEY,<br><br>                                    Petitioner,<br><br>v.<br><br>HUGHES HUBBARD & REED LLP,<br><br>                                    Respondent. | 1:23-mc-78-MKV<br><br>**ECF CASE**<br><br>**DECLARATION OF KATHLEEN M. MCKENNA, ESQ. IN SUPPORT OF RESPONDENT'S OPPOSITION TO CLAIMANT'S PETITION FOR AN ORDER TO SHOW CAUSE IN AID OF ARBITRATION** |

Kathleen M. McKenna, Esq. declares, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury, that the following is true and correct:

1. I am an attorney admitted to practice before this Court and am a member of the law firm Proskauer Rose LLP, attorneys for Hughes Hubbard & Reed LLP. I am fully familiar with all of the facts stated herein and make this Declaration on personal knowledge.

2. I submit this Declaration in support of Respondent's Opposition to Claimant's Petition for an Order to Show Cause in Aid of Arbitration.

3. Attached hereto as Exhibit 1 is a true and correct copy of correspondence that I received from Claimant's counsel, dated March 13, 2023.

I declare under penalty of perjury that the forgoing is true and correct. Executed this __ day of April, 2023 in New York, New York.

                                                                    _____
                                                                    Kathleen M. McKenna, Esq.

1