# EXHIBIT 1

**From:** Anne L. Clark <aclark@Vladeck.com>
**Sent:** Monday, March 13, 2023 4:42 PM
**To:** McKenna, Kathleen M. <KMcKenna@proskauer.com>
**Subject:** Dabney/HHR [IWOV-iManage.FID533128]

*This email originated from outside the Firm.*

PRIVILEGED AND CONFIDENTIAL

Hi Kathleen,

Mr. Dabney is not interested in any arrangement that will delay commencement of his pension benefits. Please let me know if you have any information about email/phone/insurance. That leaves only our original issue, the pension benefits.

Thanks.

Anne

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out

more [Click Here](#).