```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES W. DABNEY,

                Petitioner,

-against-

HUGHES HUBBARD & REED LLP,

                Respondent.

1:23-mc-78-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

        The Parties shall appear for a hearing on Petitioner's motion for a preliminary injunction on May 15, 2023 at 10:30 AM.  The hearing will be held in Courtroom 18C of the 500 Pearl Street Courthouse, New York, New York.  On May 8, 2023, the Parties shall file a joint letter advising the Court of whether an arbitrator has been appointed and whether the arbitration has been scheduled.

**SO ORDERED.**

Date:  April 26, 2023
         New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**