UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES W. DABNEY,

               Petitioner,

v.

HUGHES HUBBARD & REED LLP,

               Respondent.

1:23-mc-78-MKV

**ECF CASE**

**DECLARATION OF MICHAEL E. SALZMAN IN SUPPORT OF RESPONDENT'S OPPOSITION TO CLAIMANT'S PETITION FOR AN ORDER TO SHOW CAUSE IN AID OF ARBITRATION**

      Michael E. Salzman declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.    I am the General Counsel of Hughes Hubbard & Reed LLP ("HHR" or the "Firm"), and a member of the Bar of this Court. I am fully familiar with all the facts stated herein and make this Declaration on personal knowledge.

      2.    I submit this Declaration in support of Respondent's Opposition to Claimant's Petition for an Order to Show Cause in Aid of Arbitration.

      3.    On the evening of Monday, February 6, 2023 I accessed the Partner Information Page of the Firm's intranet, Hugheshub, printed out Policy Memorandum No. 3 and then scanned it to Anne L. Clark, counsel for Petitioner. A true and correct copy of that document, including the two-page addendum describing the role of Senior Counsel, is attached as Exhibit 2 to the

Declaration of Theodore V.H. Mayer dated April 10, 2023 submitted in Support of Respondent's Opposition to Claimant's Petition for an Order to Show Case in Aid of Arbitration.

4.      I have checked the document history of the Firm's Policy Memorandum No. 3's presence on the Firm's Partner Information Page and confirm that the Policy Memorandum No. 3 that I sent to Ms. Clark was available on the Partner Information Page on October 21, 2021, the date when Petitioner Dabney contends he downloaded Policy Memorandum No. 3 but without the two-page Senior Counsel addendum.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of May, 2023 in New York, New York.

Michael E. Salzman