# EXHIBIT D

**Salzman, Michael E.**

| | |
|---|---|
| **From:** | Anne L. Clark <aclark@Vladeck.com> |
| **Sent:** | Monday, February 13, 2023 10:31 AM |
| **To:** | Salzman, Michael E. |
| **Subject:** | RE: James Dabney [IWOV-iManage.FID533128] |
| **Attachments:** | 2023-02-11Leads.PDF; 2023-02-10 Filed Opinion [dckt ].PDF; 2023-02-10Law360.PDF; 2023-02-13Law360.PDF |

CAUTION: This email was sent by someone outside of the Firm.

Michael,

Your suggestion that HHR is unaware of Mr. Dabney's current lead counsel roles strains credulity.

Mr. Dabney has prepared, and I attach, a listing of pending cases in which Mr. Dabney is lead counsel of record. Just this past Friday, February 10, Mr. Dabney won a major Firm victory in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (copy attached). This decision was a "Top News" story in today's IP360 per the attached.

Mr. Dabney has reported on this highly favorable case development as a Retired Partner, using his Firm e-mail address and mobile telephone number. You will note that the Ninth Circuit's decision remands for further proceedings.

Thank you.

Anne L. Clark
Vladeck, Raskin & Clark, P.C.
565 Fifth Avenue, 9th Floor
New York, New York 10017
Tel: (212) 403-7332
Email: aclark@vladeck.com



**From:** Salzman, Michael E. <michael.salzman@hugheshubbard.com>
**Sent:** Friday, February 10, 2023 3:46 PM
**To:** Anne L. Clark <aclark@Vladeck.com>
**Subject:** James Dabney

Dear Anne:

We will respond to your email of yesterday in due course, but in the meantime, with respect to this statement in it, "Mr. Dabney is lead counsel of record on multiple pending matters," would you please provide this information for each of those matters:

1. the name of the Hughes Hubbard client
2. the caption, including docket no. and forum, of the case, proceeding or application
3. Hughes Hubbard's client and matter number

1

