# V<span>LADECK</span>, R<span>ASKIN</span> & C<span>LARK</span>, P.C

A<span>NNE</span> L. C<span>LARK</span>
212.403.7332
ACLARK@VLADECK.COM

July 13, 2023

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York  10007

    Re:    <u>Dabney v. Hughes Hubbard & Reed, LLP, No. 23-mc-78 (MKV)</u>

Dear Judge Vyskocil:

    We represent petitioner in the above-captioned case. In accordance with the Court's Opinion and Order dated July 7, 2023, we write to advise the Court that the parties have conferred and agree that there are no outstanding issues for the Court and the Court may close the case.

    Respectfully,

    /s/ Anne L. Clark
    Anne L. Clark

ALC:hs

cc: All counsel of record (via ECF)